JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROCIO GONZALEZ; and ADOLFO GONZALEZ, | Case No. 2:19-cv-08304 AB (MRWx) |
| Plaintiffs, | Hon. André Birotte, Jr. |
| v. | **ORDER OF DISMISSAL** |
| TARGET CORPORATION; and DOES 1 through 100, | |
| Defendants. | |

After review of the parties' Stipulation of Dismissal and good cause appearing therefor, the Court orders this matter dismissed, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: July 13, 2020      _____
                          Hon. André Birotte, Jr.

1
**ORDER OF DISMISSAL**